EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                       | 2017 TSPR 83    |
|                              |                 |
| Carmen T. Agudo Loubriel     | 198 DPR ____    |

Número del Caso: TS-5311
                 AB-2015-331

Fecha: 19 de mayo de 2017

Abogado de la Peticionaria:

          Por derecho propio.

Materia: Reinstalación al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Carmen T. Agudo Loubriel

**Núm.** <u>TS-5311</u>
<u>AB-2015-0331</u>

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de mayo de 2017

Examinada la *Moción de Reconsideración* presentada por la parte peticionaria en el caso de epígrafe, se provee ha lugar y se archiva la queja AB-2015-331 presentada por el Sr. Robert A. Nelson.

A su vez, se censura enérgicamente a la licenciada Agudo Loubriel por su conducta y se le apercibe que de no atender con premura las órdenes del Tribunal en el futuro, se expondría a sanciones más severas.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Kolthoff Caraballo y el Juez Asociado señor Estrella Martínez no intervinieron.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo